**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CMPC USA, INC., | : |
| | : |
| Plaintiff, | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO.  2:24-cv-02087-MMB |
| GWSI, INC., M. GERACE ENTERPRISES, | : |
| INC., KEVIN BURKE, in | : |
| his individual capacity, and MICHAEL | : |
| GERACE, in his individual capacity, | : |
| | : |
| Defendants. | : |

.

## SUBSTITUTION OF APPEARANCE

Kindly substitute the appearance of Chelsea A. Biemiller of Stradley Ronon Stevens & Young, LLP, on behalf of GWSI, Inc., M. Gerace Enterprises, Inc., Kevin Burke, and Michael Gerace, and withdraw the appearance of Corey S. D. Norcross of Stradley Ronon Stevens & Young, LLP, in the above-captioned matter.

| | |
|---|---|
| */s/ Chelsea A. Biemiller* | */s/ Corey S. D, Norcross* |
| Chelsea A. Biemiller, Esquire | Corey S. D. Norcross, Esquire |
| STRADLEY RONON STEVENS & YOUNG, LLP | STRADLEY RONON STEVENS & YOUNG, LLP |
| 2005 Market Street, Suite 2600 | 2005 Market Street, Suite 2600 |
| Philadelphia, PA  19103-7098 | Philadelphia, PA  19103-7098 |
| T: 215.564.8000 | T: 215.564.8000 |
| F: 215.564.8120 | F: 215.564.8120 |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Substitution of Appearance was filed and served on November 8, 2024, via the Court's CM/ECF system upon all counsel of record.

*/s/ Corey S. D. Norcross*
Corey S. D. Norcross, Esquire