IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CMPC USA, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**GWSI, INC., M. GERACE ENTERPRISES, INC., KEVIN BURKE, in his individual capacity, and MICHAEL GERACE, in his individual capacity,**<br><br>*Defendants.* | **CIVIL ACTION**<br><br>NO. 24-2087 |
| **GWSI, INC. and M. GERACE ENTERPRISES, INC.,**<br><br>*Counterclaim-Plaintiffs,*<br><br>v.<br><br>**CMPC USA, INC., CMPC FOREST PRODUCTS NA, LLC, AND CMPC CELULOSA S.A.,**<br><br>*Counterclaim-Defendants* | |

**ORDER**

**AND NOW**, this 20th day of August, 2025, upon review of the Special Master's July 16, 2025 and July 28, 2025 Reports and Recommendations (ECF Nos. 135 and 139) and considering all objections and responses to each of the R&Rs,[1] it is hereby **ORDERED** that the Special Master's Reports and Recommendations are **ADOPTED IN FULL**.[2] All parties' Objections to

---

[1] The objections to the July 16, 2025 R&R are docketed at ECF 138 (GWSI parties) and ECF 140 (CMPC Celulosa S.A.); responses are docketed at ECF 142 and ECF 143. The objections to the July 28, 2025 R&R are docketed at ECF 144 (CMPC USA, Inc.) with the response at ECF 145.

[2] The Court previously adopted the first of the Special Master's three R&Rs on July 7, 2025. ECF 134.

the Reports and Recommendations are **OVERRULED** for the following reasons:

1. The Special Master applied the correct legal standard.

2. The Special Master adequately considered the contentions of the parties, and the R&Rs identified appropriate precedents.

3. The objections fail to persuade the Court that the Special Master made any errors.

This Order contains several parts below and addresses the effect of adopting the R&Rs and how this case will proceed.

### I. JULY 16, 2025 R&R (ECF 135)

In accordance with the Special Master's recommendations in the July 16, 2025 R&R (ECF 135), CMPC Celulosa S.A.'s Motion to Dismiss for Lack of Personal Jurisdiction, or, in the Alternative for Failure to State a Claim (ECF 124) is **GRANTED IN PART** and **DENIED IN PART**.

- Celulosa's Motion to Dismiss all claims against it pursuant to Federal Rule 12(b)(2) is **DENIED**.

- Celulosa's Motion to Dismiss Count IV and Count V pursuant to Federal Rule 12(b)(6) is **GRANTED**. Count IV and Count V of the Amended Counterclaims (ECF 119) are **DISMISSED WITH PREJUDICE** as against CMPC Celulosa S.A.

- Celulosa's Motion to Dismiss Count II pursuant to Federal Rule 12(b)(6) is **DENIED**. Count II of the Amended Counterclaims shall proceed against CMPC Celulosa S.A.

### II. JULY 28, 2025 R&R (ECF 139)

In accordance with the Special Master's recommendations in the July 28, 2025 R&R (ECF 139):

- CMPC USA, Inc.'s Motion for Sanctions, or, in The Alternative, To Compel (ECF 65) is

- **GRANTED IN PART** and **DENIED IN PART**. CMPC's Motion for Case-Ending Sanctions is **DENIED WITHOUT PREJUDICE**. CMPC's Alternative Motion to Compel is **GRANTED IN PART** and **DENIED IN PART**. The Court refers to pages 8 through 12 of the Special Master's R&R (ECF 139) for the specific relief as to each of the discovery requests, which is hereby incorporated into this Order.

- GWSI, Inc., M. Gerace Enterprises, Inc., Kevin Burke, and Michael Gerace's Motion to Compel Full Custodial Collection, Amended Discovery Responses, and Proper Production of Documents (ECF 66) is **GRANTED IN PART** and **DENIED IN PART**. The Court refers to pages 13 through 23 of the Special Master's R&R (ECF 139) for the specific relief as to each of the discovery requests, which is hereby incorporated into this Order.

- GWSI's request to reopen discovery (ECF 120) is **GRANTED**.

### III.    AMENDED SCHEDULING ORDER

It is further **ORDERED** that as a new procedural order is necessary, Plaintiff CMPC USA, Inc. shall prepare a proposed order listing deadlines in chronological order and shall serve the proposed order on opposing counsel within ten (10) days of this Order. The proposed order shall propose deadlines for the following items:

1. Answers to any complaint or counterclaim not yet filed.
2. Exchange of names of proposed party or non-party deponents or Rule 30(b)(6) deponents.
3. Service of Plaintiff's expert report.
4. Service of Defendants' expert report.
5. Service of Counterclaim-Plaintiffs' expert report.
6. Service of Counterclaim-Defendants' expert report.

7. Close of discovery.[3]

8. Discovery Motions.

9. Dispositive Motions.

10. All Plaintiffs' pre-trial memoranda.

11. All opposing party pre-trial memoranda.

Counsel shall meet and confer within ten (10) days to attempt to agree on a proposed scheduling order. Counsel shall file joint or separate proposed orders within twenty-one (21) days of this Order.

IV. **CLOSED CASE NUMBER 24-CV-2394**

It is further **ORDERED** that counsel shall not file anything on the docket in case number 24-cv-2394 or reference this closed case number in the caption of counsel's filings. The Court on October 31, 2024 Ordered that case number 24-cv-2394 be closed in the interest of judicial economy and to avoid unnecessary confusion. The operative Complaint and Counterclaims are all docketed in case number 24-cv-2087.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-2087 CMPC USA v GWSI\24cv2087 order adopting 7.16.25 and 7.28.25 special master report.docx

---

[3] The Special Master recommended that the close of discovery be January 31, 2026. See ECF 139 at 25.