## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CMPC USA, INC.,** | **CIVIL ACTION** |
| *Plaintiff,* | **NO. 24-2087** |
| **v.** | |
| **GWSI, INC., M. GERACE ENTERPRISES, INC., KEVIN BURKE, in his individual capacity, and MICHAEL GERACE, in his individual capacity,** | |
| *Defendants.* | |
| **GWSI, INC. and M. GERACE ENTERPRISES, INC.,** | |
| *Counterclaim-Plaintiffs,* | |
| **v.** | |
| **CMPC USA, INC., CMPC FOREST PRODUCTS NA, LLC, AND CMPC CELULOSA S.A.,** | |
| *Counterclaim-Defendants* | |

## ORDER RE: MOTION FOR RECONSIDERATION OF THE COURT'S PRIOR ORDER DENYING LEAVE TO AMEND (ECF 198)

**AND NOW** this 21st day of April, 2026, upon review of the Motion and Briefs, ECF 198, 211, and 234, and for the reasons stated in the foregoing Memorandum, the Motion is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON**

2

**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-2087 CMPC USA v GWSI\24cv2087 order on motion to add RICO count.docx