**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CMPC USA, INC.** | : | |
| | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| | : | **NO. 24-2087** |
| v. | : | |
| | : | |
| **GWSI, INC.,** *et al.* | : | |
| | : | |
| *Defendants.* | : | |

**[PROPOSED] ORDER**

     **AND NOW**, this _____ day of _____, 2026, upon consideration of Joseph R. Mehl's Motion to Quash a Subpoena, and any response thereto, it is hereby ORDERED that the Motion is **GRANTED**. The subpoena issued in this action on May 21, 2026, for service upon Joseph R. Mehl is **QUASHED** and of no effect.

              **BY THE COURT:**

              _____
              **MICHAEL M. BAYLSON**
              **United States District Court Judge**