# EXHIBIT 2

**From:** William Locke <williamlocke@quinnemanuel.com>
**Sent:** Tuesday, May 26, 2026 12:30 PM
**To:** Joe Mehl <joe@joethecomputerguy.biz>
**Cc:** Michelle Wang <michellewang@quinnemanuel.com>; Isaac Saidel-Goley <isaacsaidelgoley@quinnemanuel.com>
**Subject:** CMPC v. GWSI - Subpoena

Dear Mr. Mehl,

I hope this email finds you well.  I represent CMPC USA, Inc. in connection with an ongoing litigation in the Eastern District of Pennsylvania.  You have been served with a subpoena as part of that action, which requires the production of your cellphones, computers, Google Workspace accounts, and related storage media for inspection by an independent forensic vendor.  The inspection is directed to a February 9, 2021 email exchange, its deletion, and the circumstances surrounding that deletion.  Production is commanded for tomorrow (May 27, 2026) at the offices of Eckert Seamans Cherin & Mellott, LLC, Two Liberty Place, 50 S. 16th St., 22nd Floor, Philadelphia, Pennsylvania.

The imaging will be conducted by an independent third-party forensic vendor—David Sun of CohnReznick.  Search terms will be applied to the images, and only responsive materials will be produced.  You or your counsel may be present during imaging of your personal devices, and you may assert any applicable privileges in accordance with Rule 45.

Please confirm whether you are represented by counsel in connection with this subpoena and, if so, provide your counsel's contact information.  If you are not represented, I am available to discuss logistics directly.

All the best,
William


**William Locke**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

111 Huntington Ave, Suite 520
Boston, MA 02199
617.712.7253 Direct
617.712.7100 Main Office
617.712.7200 Fax
williamlocke@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.