## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CMPC USA, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**GWSI, INC., M. GERACE ENTERPRISES, INC., KEVIN BURKE, in his individual capacity, and MICHAEL GERACE, in his individual capacity,**<br>*Defendants.* | **CIVIL ACTION**<br><br>**NO. 24-2087** |
| **GWSI, INC. and M. GERACE ENTERPRISES, INC.,**<br>*Counterclaim-Plaintiffs,*<br><br>v.<br><br>**CMPC USA, INC., CMPC FOREST PRODUCTS NA, LLC, AND CMPC CELULOSA S.A.,**<br>*Counterclaim-Defendants* | |

## ORDER RE: SEARCH TERMS FOR FORENSIC EXAMINATION OF DEVICES
## [ECF 469, 470]

**AND NOW** this 2nd day of June 2026, upon review of the Status Reports [ECF 469, 470] filed this day by the Parties, the Court **ORDERS** as follows:

1. Plaintiffs' search terms will control the forensic search with the elimination of searches related to Alejandra Pavón and Constanza Arjona per Defendants' objection.

2. The results of the forensic search shall be communicated to the Court and the Parties on a rolling basis, as completed, as soon as possible.

   **IT IS SO ORDERED**.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-2087 CMPC USA v GWSI\24cv2087 order RE search terms for forensic imaging [ECF 469, 470].docx